# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Rehearing 531

2 March 2006

127718
127734

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHERYCE GREENE, as Personal Representative
of the Estate of Keimer Easley, Deceased,
        Plaintiff-Appellee,

v

A.P. PRODUCTS, LTD., and REVLON
CONSUMER PRODUCTS CORPORATION,
        Defendants-Appellants,
and
SUPER 7 BEAUTY SUPPLY, INC., et al,
        Defendants-Appellees,
and
RAANI CORPORATION,
        Defendant.

SC: 127718
COA: 249113
Wayne CC: 01-125094-NP

--------------------------------------------------------

CHERYCE GREENE, as Personal Representative
of the Estate of Keimer Easley, Deceased,
        Plaintiff-Appellee,

v

A.P. PRODUCTS, LTD., and REVLON
CONSUMER PRODUCTS CORPORATION,
        Defendants-Appellees,
and
SUPER 7 BEAUTY SUPPLY, INC.,
        Defendants-Appellants,
and
RAANI CORPORATION,
        Defendant.

SC: 127734
COA: 249113
Wayne CC: 01-125094-NP

_____

In this cause, a motion for rehearing is considered and it is DENIED.

Cavanagh, Kelly and Markman, JJ., would grant rehearing.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

Clerk